Opinion issued May 27, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01067

———————————

MARIA
THERESA BALDWIN, Appellant

V.

ROBIN BALDWIN, Appellee



 



 

On Appeal from the 280th District Court 

Harris County, Texas



Trial Court Case No.  2009-71360

 



MEMORANDUM OPINION

Appellant, Maria Theresa Baldwin, has neither
established indigence, nor paid or made arrangements to pay the clerk’s fee for
preparing the clerk’s record.  See Tex.
R. App. P. 20.1 (listing requirements for establishing indigence)
37.3(b)(allowing dismissal of appeal if no clerk’s record filed due to
appellant’s fault).  After being notified
that this appeal was subject to dismissal, appellant, Maria Theresa Baldwin did
not adequately respond.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for
failure to pay or make arrangements to pay the clerk’s fee.  We deny all pending motions.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Sharp.